1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division

3  ROCHELLE L. RUSSELL
   Trial Attorney
4  United States Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   301 Howard Street, Suite 1050
6  San Francisco, CA 94105
   Telephone:  (415) 744-6566
7  Fax: (415) 744-6476
   Email:  rochelle.russell@usdoj.gov

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14

15  COMITE CIVICO DEL VALLE, INC.,          Case No. 10-cv-00946 PJH

16                Plaintiff,                STIPULATION TO A 90-DAY STAY TO
                                            ALLOW FOR FINAL SETTLEMENT
17           v.

18  LISA JACKSON, in her official capacity as
    Administrator of the United States
19  Environmental Protection Agency, and
    JARED BLUMENFELD, in his official
20  capacity as Regional Administrator for Region
    IX of the United States Environmental
21  Protection Agency,

22                Defendants.

23

24

25

26

27

28

1    WHEREAS, on March 5, 2010, Plaintiff Comite Civico Del Valle, Inc. filed the

2  complaint in the above-captioned matter against Defendants Lisa Jackson, in her official capacity

3  as Administrator of the United States Environmental Protection Agency, and Jared Blumenfeld,

4  in his official capacity as Regional Administrator for Region IX of the United States

5  Environmental Protection Agency (collectively, "EPA"), alleging that EPA has failed to

6  undertake a certain nondiscretionary duty under the Clean Air Act, 42 U.S.C. §§ 7401-7671q,

7  and that such alleged failure is actionable under section 304(a)(2) of the Clean Air Act, 42 U.S.C.

8  § 7604(a)(2);

9    WHEREAS, on April 21, 2010, the parties reached a tentative settlement that will, if

10  entered, fully resolve Plaintiff's nondiscretionary duty claim against EPA in this Clean Air Act

11  citizen suit;

12    WHEREAS, the parties will reduce the settlement to a written agreement, in the form of a

13  proposed consent decree, that will need to be reviewed and authorized by the necessary officials

14  at the U.S. Department of Justice and EPA;

15    WHEREAS, once approved, EPA will lodge the proposed consent decree with the Court

16  and publish in the Federal Register a notice of the proposed consent decree and request public

17  comments, pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g).  After a

18  reasonable comment period (at least 30 days), the EPA Administrator will promptly consider any

19  written comments received and, if none of the comments disclose facts or considerations which

20  indicate that the proposed consent decree is inappropriate, improper, inadequate, or inconsistent

21  with the requirements of the Clean Air Act, the parties will jointly move the Court for entry of

22  the decree;

23    WHEREAS, the parties agree that, in light of the tentative settlement reached between the

24  parties and the requisite government approval, lodging, and public comment processes described

25  above, as well as the principle that federal courts have inherent authority "to stay proceedings in

26  the interest of saving time and effort for [themselves] and litigants," *ATSA of Cal., Inc. v.*

27  *Continental Ins. Co.*, 702 F.2d 172, 176 (9th Cir. 1983), a stay of the case is justified;

28    WHEREAS, there have been no previous stays requested in this case;

1    NOW THEREFORE the parties, by and through their undersigned counsel, hereby

2  stipulate to a 90-day stay of this case, including any answer, initial discovery, ADR or motion

3  deadlines, to allow for final settlement in this matter, including the lodging of and public

4  comment on a proposed consent decree.

5                                    Respectfully submitted,

6  COUNSEL FOR DEFENDANTS:

7  Dated: April 28, 2010                IGNACIA S. MORENO
                                        Assistant Attorney General
8                                       Environment & Natural Resources Division

9                                        /s/ Rochelle L. Russell
                                        ROCHELLE L. RUSSELL
10                                      Trial Attorney
                                        U.S. Department of Justice
11                                      Environmental & Natural Resources Division
                                        301 Howard Street, Suite 1050
12                                      San Francisco, CA 94150
                                        Tel:    (415) 744-6566
13                                      Email: rochelle.russell@usdoj.gov
                                        *Counsel for Defendants*
14
   COUNSEL FOR PLAINTIFF:
15
   Dated:  April 28, 2010                /s/ Gideon Kracov (with permission)
16                                      GIDEON KRACOV
                                        801 S. Grand Avenue, Ste. 1100
17                                      Los Angeles, CA 90017
                                        Phone: (213) 629-2071
18
                                        Email: gk@gideonlaw.net
19
                                        RICHARD TOSHIYUKI DRURY
20                                      Lozeau ǀ Drury LLP
                                        1516 Oak Street, Suite 216
21                                      Alameda, CA 94501
                                        *Counsel for Plaintiff Comite Civico del Valle, Inc.*
22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25  Dated: _5/3/10_____

26                                      HON. PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE
27

28