IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone:  (415) 744-6566
Fax: (415) 744-6476
Email:  rochelle.russell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMITE CIVICO DEL VALLE, INC., | Case No. 10-cv-00946 PJH |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | **AND** |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, | **[PROPOSED] ORDER THEREON** |
| Defendants. | |

1   Pursuant to Paragraph 2 of the Consent Decree entered by the Court on August 31, 2010
2 in the above-captioned matter (Dkt. 12) and Federal Rule of Civil Procedure 41(a)(1), the parties
3 to this action, Plaintiff Comité Civíco Del Valle, Inc. and Defendants Lisa Jackson, in her official
4 capacity as Administrator of the United States Environmental Protection Agency, and Jared
5 Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United States
6 Environmental Protection Agency (collectively, "EPA" or "Agency"), hereby stipulate and agree,
7 through their undersigned counsel, that this action shall be dismissed with prejudice.

8   Paragraph 2 of the Consent Decree provides that the parties will jointly request the Court
9 to dismiss this case with prejudice when the action in Paragraph 1 of the Consent Decree, taken
10 pursuant to section 110(k) of the Clean Air Act, 42 U.S.C. § 9410(k), has been completed.

11   EPA has fulfilled the obligation set forth in Paragraph 1 of the Consent Decree, which
12 required EPA to sign for publication in the Federal Register no later than November 15, 2010 a
13 notice of the Agency's final action on Imperial County Air Pollution Control District Rule 420
14 ("Rule 420"). EPA signed its final action on Rule 420 on October 25, 2010. *See* Revisions to
15 the California State Implementation Plan, Imperial County Air Pollution Control District; Final
16 Rule, 75 Fed. Reg. 69002, 69004 (Nov. 10, 2010) (final action dated October 25, 2010).

17   Accordingly, the parties jointly request that this action be dismissed with prejudice.

18   Respectfully submitted,

COUNSEL FOR DEFENDANTS:

Dated: November 24, 2010         IGNACIA S. MORENO
                                 Assistant Attorney General
                                 Environment & Natural Resources Division

                                  /s/ Rochelle L. Russell
                                 ROCHELLE L. RUSSELL
                                 Trial Attorney
                                 U.S. Department of Justice
                                 Environmental & Natural Resources Division
                                 301 Howard Street, Suite 1050
                                 San Francisco, CA 94150
                                 Tel:    (415) 744-6566
                                 Email: rochelle.russell@usdoj.gov
                                 *Counsel for Defendants*

COUNSEL FOR PLAINTIFF:

Dated: November 24, 2010   /s/ Gideon Kracov (with permission)
GIDEON KRACOV
801 S. Grand Avenue, Ste. 1100
Los Angeles, CA 90017
Phone: (213) 629-2071

Email: gk@gideonlaw.net

RICHARD TOSHIYUKI DRURY
Lozeau | Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
*Counsel for Plaintiff Comite Civico del Valle, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/29/10

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO DISMISS WITH PREJUDICE
AND [PROPOSED ORDER] THEREON          - 2 -          Case No. 10-cv-00946 PJH